UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABEDINO KONE,

      Petitioner,

v.                                                                CASE NO. 2:08-CV-10049
                                                              HONORABLE PATRICK J. DUGGAN

KENNETH ROMANOWSKI,

      Respondent.
_____/

## **JUDGMENT**

Abedino Kone ("Petitioner"), a Michigan prisoner, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 alleging that he is being held in violation of his constitutional rights. Petitioner challenges his sentence of 50 months to 20 years imprisonment following his 2006 plea of no contest in the Genesee County Circuit Court to conspiracy to arson a dwelling house in violation of Michigan Compiled Laws §§ 750.72 and 750.157a. In an Opinion and Order issued on this date, the Court held that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for habeas relief pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

DATE: July 22, 2010                 s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Abedino Kone, #626167
c/o Flint Parole Office
G3310 Corunna Road
Flint, MI   48532

Laura A. Cook. Esq.